# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 08-1718

_____

United States of America,       *
           *

      Plaintiff – Appellee,    *

           *    Appeal from the United States

   v.           *    District Court for the

           *    Eastern District of Missouri.

Billy Cole,         *

           *    [UNPUBLISHED]

      Defendant – Appellant.   *

_____

Submitted:  April 22, 2008
Filed:  May 7, 2008

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Billy Cole appeals from the district court's denial of his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), based on amendments to the United States Sentencing Guidelines Manual (U.S.S.G.) which reduced certain base offense levels in U.S.S.G. § 2D1.1(c) depending on the quantity of cocaine base (crack) involved.

The district court denied Cole's motion without any explanation. Because we are unable to review its order without knowing its reasons, we remand to the district

court for the entry of a certified order within 45 days setting forth the reasons why the motion for reduction was denied.  In order to expedite the matter, our panel will retain jurisdiction over this appeal.

_____